UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARRINGTON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-00322-KJM-KJN<br><br><br>ORDER |

Plaintiff David Harrington filed a complaint in this court on February 17, 2016. ECF No. 1. Signed waivers of service for defendants Dynamic Recovery Solutions, LLC and MLA Holdings, LLC were filed on March 1, 2016, and March 29, 2016, respectively. ECF Nos. 5, 7. Defendants have not filed timely responsive pleadings. *See* Fed. R. Civ. P. 4(d)(3).

The status (pretrial scheduling) conference previously set for June 23, 2016, is VACATED. Plaintiff shall request entry of default and move for default judgment within sixty days of the date this order is filed. Plaintiff is cautioned that untimely filings may result in the imposition of sanctions, including dismissal.

IT IS SO ORDERED.

DATED: June 21, 2016.

_____
UNITED STATES DISTRICT JUDGE

1